IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00056-PAB-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. KELVIN DURAN,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the United States' Motion to Dismiss Counts One and Twenty-Three [Docket No. 691]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Motion to Dismiss Counts One and Twenty-Three [Docket No. 691] is granted. Counts One and Twenty-Three of the Indictment are dismissed as to defendant Kelvin Duran.

DATED June 8, 2011.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge